**D.R. JOHNSON LUMBER COMPANY, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 02–5094.

United States Court of Appeals, Federal Circuit.

DECIDED: Feb. 7, 2003.

Before MAYER, Chief Judge, CLEVENGER and BRYSON, Circuit Judges.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.